IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JOSEPH ANDRADE, | ) | CASE NO. 2:24-cv-00150-PPS-AZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SPEEDWAY LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## VERDICT FORM A

We, the jury, assign the following percentages of fault:

| | | |
|---|---|---|
| Plaintiff Joseph Andrade | 50 | % |
| Defendant Speedway LLC | 50 | % |
| TOTAL: | | 100% |

(The fault percentages listed in the blanks must total 100%)

If plaintiff's fault exceeds 50%, sign and return Verdict Form B. (Do not complete Verdict Form C.)

If plaintiff's fault is less than 50%, complete, sign and return Verdict Form C. (Do not complete Verdict Form B.)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JOSEPH ANDRADE, | ) | CASE NO. 2:24-cv-00150-PPS-AZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SPEEDWAY LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## VERDICT FORM C

We, the jury, find that plaintiff's fault is 50% or less. We therefore find in favor of plaintiff Joseph Andrade and against defendant Speedway LLC.

We also decide that the total amount of damages the plaintiff Joseph Andrade suffered is $ _1,000,000_ . (Do not consider fault percentages in calculating this amount).

We, therefore, calculate the plaintiff's verdict amount as follows:

Line 1:   Total Damages (number above)        $1,000,000

Line 2:   Defendant's percentage of fault (from Form A)   50%

Plaintiff's Verdict Amount (Line 1 x Line 2) = $500,000

_8/27/05_
Date

_[signature]_
Foreperson

3